UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOAN VASQUEZ,

              Petitioner,

-v-

ROBERT MORTON,

              Respondent.

18-CV-5502 (JPO)

ORDER ADOPTING REPORT AND RECOMMENDATION

J. PAUL OETKEN, District Judge:

Petitioner Joan Vasquez brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, claiming that he received ineffective assistance of counsel in the trial leading up to his conviction. After reviewing the parties' submissions and the record, Magistrate Judge Robert W. Lehrburger issued a Report and Recommendation advising that Vasquez's claims were procedurally barred and meritless and that the petition should be denied. (Dkt. No. 15.)

No party objected to the Report. The Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b), Advisory Committee's Notes (1983); *see also Borcsok v. Early*, 299 F. App'x 76, 77 (2d Cir. 2008). Magistrate Judge Lehrburger's thorough and well-reasoned Report presents no clear errors and is fully adopted by this Court. Vasquez's petition is denied.

The Clerk of Court is directed to close this case.

The Clerk is also directed to mail a copy of this order to the petitioner.

SO ORDERED.

Dated: May 27, 2021
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge